| AO-10 Rev. 1/2004 | # AMENDED<br>## FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kosik, Edwin M | 2. Court or Organization<br><br>U.S. District Court/MDPA | 3. Date of Report<br><br>5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>William J. Nealon Federal Bldg<br>North Washington & Linden St.<br>PO Box 856, Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/16/86 | Blue Cross/Blue Shield fully paid as part of State Retirement |

RECEIVED 2004 JUL 15 A 10:28 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kosik, Edwin M | 5/6/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Commonwealth of Pennsylvania Retirement | 53,300 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Pioneer American Bank, Carbondale, PA (Savings) | A | Interest | J | T | | | | | |
| 2. Penn Security Bank, Moscow, PA (Savings) | A | Interest | K | T | | | | | |
| 3. Mutual of New York (1987) Single Premium Policy | B | Dividend | K | T | | | | | |
| 4. First Credit Union, Scranton, PA (Savings) | B | Interest | M | T | | | | | |
| 5. PNC Bank, Scranton, PA (Checking) | A | Interest | J | T | | | | | |
| 6. Pioneer American Bank, Carbondale, PA (Cert. Dep) | B | Interest | L | T | | | | | |
| 7. PNC, Pittsburgh, PA | A | Dividend | J | T | | | | | |
| 8. Prudential Equity Fund, Class B | A | Dividend | J | T | | | | | |
| 9. Prudential World Fund, Global Series B | A | Dividend | J | T | | | | | |
| 10. Cisco Systems, Inc. | | None | K | T | | | | | |
| 11. Coca Cola Co. Delaware | A | Dividend | K | T | | | | | |
| 12. General Electric Co. | A | Dividend | J | T | | | | | |
| 13. Hershey Foods Corp. | A | Dividend | K | T | | | | | |
| 14. Intel Corp. | A | Dividend | K | T | | | | | |
| 15. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 16. Merck & Co. | A | Dividend | K | T | | | | | |
| 17. Microsoft Corp. Washington | | None | L | T | | | | | |
| 18. Pepsico, Inc. | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $5M to $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 20. Schering Plough Corp. | A | Dividend | K | T | | | | | |
| 21. Tricon Global Restaurants, Inc. | | None | J | T | | | | | |
| 22. Union Carbide Corp. | A | Dividend | K | T | | | | | |
| 23. Prudential World Fund, Inc. Global Series Class A | | None | K | T | | | | | |
| 24. Command Money Fund | C | Interest | L | T | | | | | |
| 25. Prudential Special Money Market Fund Inc. | A | Interest | J | T | | | | | |
| 26. Eaton Vance Marathon Tax Managed | | None | M | T | | | | | |
| 27. Alliance Quasar Fund Class B | | None | K | T | | | | | |
| 28. Prudential Small Cap Quantum Fund, Cl B | | None | | | Sell | 09/25 | K | | |
| 29. Target, Large Cap Fund | | None | K | T | | | | | |
| 30. Southern Union Co. | A | Dividend | M | T | | | | | |
| 31. Eaton Vance Mutual Funds, Inc., Tax Managed Int'l Growth | | None | | | Sell | 09/26 | M | | |
| 32. Liberty Tax Managed Growth, Class B | D | Dividend | | | Sell | 09/26 | L | | |
| 33. York Pennsylvania City Sewer Authority | A | Interest | | | Sell | 03/05 | J | | |
| 34. Johnsonburg Pennsylvania Area School District Board | C | Interest | | | Sell | 10/09 | L | | |
| 35. North Hills Pennsylvania School District Board | A | Interest | | | Sell | 03/05 | K | | |
| 36. Westmoreland County PA Municipal Authority | A | Interest | | | Sell | 03/05 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. PA Intergovernmental Corporation | A | Interest | J | T | | | | | |
| 38. Pennsylvania State Higher Edl Facs Authority | A | Interest | | | Sell | 03/05 | K | | |
| 39. Strategic Partners New ERA Growth Fund, Class B | | None | J | T | | | | | |
| 40. Altoona PA General Obligation Bonds | A | Interest | | | Sell | 03/05 | K | | |
| 41. Harrisburg PA RFDG, General Obligation Bond | A | Interest | | | Sell | 03/05 | J | | |
| 42. Philadelphia General Obligation | B | Interest | K | T | | | | | |
| 43. Prudential Financial Inc. | | None | J | T | | | | | |
| 44. Wachovia Corp. | B | Dividend | K | T | | | | | |
| 45. NBT Bank Corp. | A | Dividend | K | T | | | | | |
| 46. M&T Bank Corp. | C | Dividend | L | T | | | | | |
| 47. Pimco Floating Rate Income Fund | | None | M | T | Buy | 08/26 | M | | |
| 48. Alger Midcap Growth Fund | | None | K | T | Buy | 09/25 | K | | |
| 49. Alliance Bernstein Growth Fund | | None | K | T | Buy | 09/25 | K | | |
| 50. Badger TOB Asset Scrutinization | C | Interest | L | T | Buy | 04/15 | L | | |
| 51. Cumberland Valley School District | A | Interest | L | T | Buy | 10/06 | L | | |
| 52. IDEX Mutual Fund | | None | L | T | Buy | 09/30 | L | | |
| 53. Pimco Small Cap Fund | | None | J | T | Buy | 09/25 | J | | |
| 54. Strategic Partners Large Cap | | None | K | T | Buy | 09/25 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | = Assessment | T = Cash/Market | |
| | Book Value | V = Other | W = Estim. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Lord Abbett Midcap | | None | J | T | Buy | 09/25 | J | | |
| 56. YUM Brands (Spin Off of Pepsico) | | None | J | T | Spin Off | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

All stocks reported are common stocks.

Item #56 - YUM Brands, ███████ acquired over time as a spin off from Pepsico, inadvertently not reported previously. Up to 1996, the total value of the shares was $1,680.00. In 1996, there was an addition of ██████ and the total value of all the shares has increased to $11,008.00.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kosik, Edwin M | 5/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _July 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kosik, Edwin M | U.S. District Court/MDPA | 5/6/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| William J. Nealon Federal Bldg North Washington & Linden St. PO Box 856, Scranton, PA 18501 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 07/16/86 | Blue Cross/Blue Shield fully paid as part of State Retirement |

FINANCIAL DISCLOSURE OFFICE
2004 MAY -7 P 12:48
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | Commonwealth of Pennsylvania Retirement | 53,300 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Pioneer American Bank, Carbondale, PA (Savings) | A | Interest | J | T | | | | | |
| 2. Penn Security Bank, Moscow, PA (Savings) | A | Interest | K | T | | | | | -- |
| 3. Mutual of New York (1987) Single Premium Policy | B | Dividend | K | T | | | | | |
| 4. First Credit Union, Scranton, PA (Savings) | B | Interest | M | T | | | | | |
| 5. PNC Bank, Scranton, PA (Checking) | A | Interest | J | T | | | | | |
| 6. Pioneer American Bank, Carbondale, PA (Cert. Dep) | B | Interest | L | T | | | | | |
| 7. PNC, Pittsburgh, PA | A | Dividend | J | T | | | | | |
| 8. Prudential Equity Fund, Class B | A | Dividend | J | T | | | | | |
| 9. Prudential World Fund, Global Series B | A | Dividend | J | T | | | | | |
| 10. Cisco Systems, Inc. | | None | K | T | | | | | |
| 11. Coca Cola Co. Delaware | A | Dividend | K | T | | | | | |
| 12. General Electric Co. | A | Dividend | J | T | | | | | |
| 13. Hershey Foods Corp. | A | Dividend | K | T | | | | | |
| 14. Intel Corp. | A | Dividend | K | T | | | | | |
| 15. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 16. Merck & Co. | A | Dividend | K | T | | | | | |
| 17. Microsoft Corp. Washington | | None | L | T | | | | | |
| 18. Pepsico, Inc. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 20. Schering Plough Corp. | A | Dividend | K | T | | | | | |
| 21. Tricon Global Restaurants, Inc. | | None | J | T | | | | | |
| 22. Union Carbide Corp. | A | Dividend | K | T | | | | | |
| 23. Prudential World Fund, Inc. Global Series Class A | | None | K | T | | | | | |
| 24. Command Money Fund | C | Interest | L | T | | – – | | | |
| 25. Prudential Special Money Market Fund Inc. | A | Interest | J | T | | | | | |
| 26. Eaton Vance Marathon Tax Managed | | None | M | T | | | | | |
| 27. Alliance Quasar Fund Class B | | None | K | T | | | | | |
| 28. Prudential Small Cap Quantum Fund, Cl B | | None | K | T | Sell | 09/25 | K | | |
| 29. Target, Large Cap Fund | | None | K | T | | | | | |
| 30. Southern Union Co. | A | Dividend | M | T | | | | | |
| 31. Eaton Vance Mutual Funds, Inc., Tax Managed Int'l Growth | | None | M | T | Sell | 09/26 | M | | |
| 32. Liberty Tax Managed Growth, Class B | D | Dividend | L | T | Sell | 09/26 | L | | |
| 33. York Pennsylvania City Sewer Authority | A | Interest | J | T | Sell | 03/05 | J | | |
| 34. Johnsonburg Pennsylvania Area School District Board | C | Interest | L | T | Sell | 10/09 | L | | |
| 35. North Hills Pennsylvania School District Board | A | Interest | K | T | Sell | 03/05 | K | | |
| 36. Westmoreland County PA Municipal Authority | A | Interest | J | T | Sell | 03/05 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and.D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000.000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. PA Intergovernmental Corporation | A | Interest | J | T | | | | | |
| 38. Pennsylvania State Higher Edl Facs Authority | A | Interest | K | T | Sell | 03 05 | K | | |
| 39. Strategic Partners New ERA Growth Fund, Class B | | None | J | T | | | | | |
| 40. Altoona PA General Obligation Bonds | A | Interest | K | T | Sell | 03/05 | K | | |
| 41. Harrisburg PA RFDG, General Obligation Bond | A | Interest | J | T | Sell | 03 05 | J | | |
| 42. Philadelphia General Obligation | B | Interest | K | T | | | | | |
| 43. Prudential Financial Inc. | | None | J | T | | | | | |
| 44. Wachovia Corp. | B | Dividend | K | T | | | | | |
| 45. NBT Bank Corp. | A | Dividend | K | T | | | | | |
| 46. M&T Bank Corp. | C | Dividend | L | T | | | | | |
| 47. Pimco Floating Rate Income Fund | | None | M | T | Buy | 08/26 | | | |
| 48. Alger Midcap Growth Fund | | None | K | T | Buy | 09/25 | | | |
| 49. Alliance Bernstein Growth Fund | | None | K | T | Buy | 09/25 | | | |
| 50. Badger TOB Asset Scrutinization | C | Interest | L | T | Buy | 04/15 | | | |
| 51. Cumberland Valley School District | A | Interest | L | T | Buy | 10/06 | | | |
| 52. IDEX Mutual Fund | | None | L | T | Buy | 09/30 | | | |
| 53. Pimco Small Cap Fund | | None | J | T | Buy | 09/25 | | | |
| 54. Strategic Partners Large Cap | | None | E | T | Buy | 09/25 | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Kosik, Edwin M | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS
– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Lord Abbett Midcap | | None | J | T | Buy | 09/25 | | | |
| 56. YUM Brands (Spin Off of Pepsico) | | None | J | T | Spin Off | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2.501-$5,000   D = $5,001-$15,000   E = $15.001-$50,000
(See Columns B1 and D4)   F = $50,001-$100.000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15.000 or less   K = $15.001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

All stocks reported are common stocks.

Item #56 - YUM Brands, ██████ acquired over time as a spin off from Pepsico, inadvertently not reported previously.  Up to 1996, the total value of the shares was $1,680.00.  In 1996, there was an addition of ██████ and the total value of all the shares has increased to $11,008.00.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kosik, Edwin M | 5/6/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date_____May 6, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544